UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT ROJAS, | |
| Plaintiff, | **ORDER** |
| -against- | **25-CV-4684 (JGK) (JW)** |
| NUVEM HEALTH LLC, | |
| Defendant. | |

**JENNIFER E. WILLIS, United States Magistrate Judge.**

On July 8, 2025, the Court scheduled that an initial scheduling and case management conference for **July 31, 2025 at 2:30 PM**, in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. The parties were ordered to each complete the Proposed Case Management Plan for Pro Se Cases[1] and provide it to the Court no later than **July 24, 2025**. The Court has not received a proposed plan from either party and reminds them of this obligation. Each party is to submit a completed Proposed Case Management Plan for Pro Se Cases no later than 5:00 PM on July 29, 2025.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Albert Rojas, 319 W. 18 Street, Apt. 3F, New York, NY 10011.**

SO ORDERED.

---

[1] Available at
https://nysd.uscourts.gov/sites/default/files/practice_documents/JW%20Willis%20Proposed%20Case%20Management%20Plan%20for%20Pro%20Se%20Case.pdf.

Dated:      New York, New York
              July 28, 2025

JENNIFER E. WILLIS
United States Magistrate Judge