UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT ROJAS,

                Plaintiff,        25-cv-4684 (JGK)

    - against -                   ORDER

NUVEM HELATH LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff has filed an application for emergency relief. Additionally, the defendant has filed a motion to dismiss. The Court will hold a conference on **August 4, 2025**, at **3:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.
Dated:    New York, New York
            July 29, 2025

                                                John G. Koeltl
                                       United States District Judge