UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT ROJAS,

                    Plaintiff,

-against-

NUVEM HEALTH LLC,

                    Defendant.

**ORDER**

25-CV-4684 (JGK) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 31, 2025, the Court held an initial case management conference. For reasons more fully stated on the record, the Court orders the following:

1. Defendant's request to stay discovery pending a decision on their motion to dismiss is GRANTED.

2. Unless ordered otherwise, the parties are prohibited from filing anything with regards to discovery. If one party files a submission, the opponent does not need to respond. Parties were admonished that the Court may consider sanctions if a party fails to comply with this order.

3. Defendant is to obtain a transcript of the July 31, 2025, conference and provide a copy to both Plaintiff and the Court.

SO ORDERED.

DATED:    New York, New York
              July 31, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge

1