UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT ROJAS,

                Plaintiff,          25-cv-4684 (JGK)

    - against -                ORDER

NUVEM HEALTH LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff should file its reply in further support of the motion to dismiss by **August 22, 2025.** No further responses to the motion to dismiss should be filed.

    At the conference held on August 4, 2025, the Court **denied** the plaintiff's motion for emergency relief. The Clerk is directed to close ECF No. 62.


SO ORDERED.
Dated:    New York, New York
          August 4, 2025

                            John G. Koeltl
                  United States District Judge