UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT ROJAS,

                    Plaintiff,           25-cv-4684 (JGK)

      - against -                 ORDER

NUVEM HEALTH LLC,
                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff, Albert Rojas, has filed two letters regarding the Court's order denying the plaintiff's motion for emergency relief. See ECF Nos. 105, 115-16. Because a filing by a pro se party must be construed liberally and interpreted "to raise the strongest arguments that it suggests," see Chavis v. Chappius, 618 F.3d 162, 170 (2d Cir. 2010),[1] the defendant's motion is construed as a motion for reconsideration brought pursuant to Rule 6.3 of the Local Civil Rules of the Southern District of New York.

    "The standard for granting" a motion for reconsideration "is strict, and reconsideration will generally be denied." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). To merit reconsideration, "[t]he moving party is required to demonstrate that the Court overlooked the controlling decisions

---

[1] Unless otherwise noted, this Memorandum Opinion and Order omits all internal alterations, citations, footnotes, and quotation marks in quoted text.

or factual matters that were put before the Court in the underlying motion." Ackerman v. Ackerman, 920 F. Supp. 2d 473, 474 (S.D.N.Y. 2013). "This rule is narrowly construed and strictly applied so as to avoid repetitive arguments on issues that have been considered fully by the Court." Id.

The plaintiff presents no proper basis for reconsidering the Court's denial of the plaintiff's motion for emergency relief. The plaintiff fails to identify any intervening change of controlling law, new evidence, or clear error. Accordingly, the plaintiff's motion for reconsideration is **denied**.

SO ORDERED.
Dated:    New York, New York
          August 7, 2025

_____
John G. Koeltl
United States District Judge

2