UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT ROJAS,

            Plaintiff,

    - against -

NUVEM HEALTH LLC,

            Defendant.

---

25-cv-4684 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court received the filings at ECF Nos. 117-118. No action is required by the Court at this time.

SO ORDERED.
Dated:    New York, New York
            August 8, 2025

                                      John G. Koeltl
                              United States District Judge