**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALBERT ROJAS,

                      Plaintiff,

      -against-                                               25 **CIVIL** 4684 (JGK)

                                                                    **JUDGMENT**

NUVEM HEALTH LLC,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 12, 2025, the Court has considered all of the arguments of the parties. To the extent not specifically addressed, the arguments are moot or without merit. For the foregoing reasons, the defendant's motion to dismiss the plaintiff's complaint is granted, and the action is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      November 13, 2025

                                                                        **TAMMI M. HELLWIG**
                                                                          **Clerk of Court**

                                      **BY:**           *K. Mango*

                                                                          **Deputy Clerk**